Case 4:22-cv-00045-DC   Document 1   Filed 11/21/22   Page 1 of 9

**FILED**
November 21, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Aida Baeza_____
DEPUTY

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE __WESTERN__ DISTRICT OF TEXAS
__PECOS__ DIVISION

__DAVID WASHINGTON # 765851__
Plaintiff's Name and ID Number

__JOHN B. CONNALLY UNIT__
Place of Confinement

CASE NO. __P-22-CV-00045__
(Clerk will assign the number)

V

__MD. CHRISTI TUPA__
__899 FM 632, KENEDY. TEXAS 78119__
Defendant's Name and Address
__APRN, FNP- PAMELA WAGNER__
__899 FM 632, KENEDY. TEXAS 78119__
Defendant's Name and Address
__APRN - CYRIL ONYEMAECHI__
__899 FM 632, KENEDY. TEXAS 78119__
Defendant's Name and Address
( DO NOT USE "ET AL.")

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓YES ___NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: _____
      2. Parties to previous lawsuit:
         Plaintiff(s) DAVID LEE WASHINGTON #765851
         Defendant(s) CHRISTI TUPA, PAMELA WAGNER, CYRIL ONYEMAECHI
      3. Court: (If federal, name the district; if state, name the county.) _____
      4. Cause number: _____
      5. Name of judge to whom case was assigned: _____
      6. Disposition: (Was the case dismissed, appealed, still pending?) _____
      7. Approximate date of disposition: _____

2

II. PLACE OF PRESENT CONFINEMENT: JOHN B. CONNALLY UNIT

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?  ✓YES ___NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: DAVID LEE WASHINGTON #765851 JOHN B. CONNALLY UNIT, 899 FM 632, KENEDY, TEXAS 78119

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: CHRISTITUPA, DOCTOR, JOHN B. CONNALLY UNIT, 899 FM 632, KENEDY, TEXAS 78119
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
FELL TO FOLLOW POLICY, RULES, AND PROCEDURE

Defendant #2: PAMELA WAGNER, APRN, FNP, JOHN B. CONNALLY UNIT, 899 FM 632, KENEDY, TEXAS 78119
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
FELL TO FOLLOW POLICY, RULES, AND PROCEDURE

Defendant #3: CYRIL ONYEMAECHI, APRN, JOHN B. CONNALLY UNIT, 899 FM 632, KENEDY, TEXAS 78119.
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
FELL TO FOLLOW POLICY, RULES, AND PROCEDURE

Defendant #4: JOSEPH OBI, APRN, FNP, JOHN B. CONNALLY UNIT, 899 FM 632, KENEDY, TEXAS 78119
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
FELL TO FOLLOW POLICY, RULES, AND PROCEDURE

Defendant #5: DEBRA GLOOR, SPM, JOHN B. CONNALLY UNIT, 899 FM 632, KENEDY, TEXAS 78119.
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
FELL TO FOLLOW POLICY, RULES, AND PROCEDURE

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

CAUSING ME PAIN AND SUFFERING LOWER BACK AND NECK INJURY, WORKING ME AGAINST MY RESTRICTIONS. TDCJ-ID JOHN B. CONNALLY UNIT, APRIL 14, 2022. DR. CHRISTI TUPA, APRN, FNP, PAMELA WAGNER, APRN, CYRIL ONYEMAECHI, APRN, FNP, JOSEPH OBI, SPM, DEBRA GLOOR, ETC. FELL TO FOLLOW POLICY, RULES, AND PROCEDURE

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. NO HANDCUFFS ON ME WHILE IN SAFE KEEPING OR ADSEG. PUT ME BACK ON MY MED TRAMADOL THREE TIMES A DAY WITH A KOP IF NEEDED. PAY ME A MILLION DOLLARS, AND LIFE TIME MEDICAL, AND A CHECK EVERY WEEK. AND PUT $10,000.00 DOLLARS ON MY ACCOUNT AFTER COURT.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

DAVID LEE WASHINGTON

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

#765851

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ____YES ____NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that imposed sanctions (if federal, give the district and division):_____
  2. Case number:_____
  3. Approximate date sanctions were imposed:_____
  4. Have the sanctions been lifted or otherwise satisfied?  ____YES ____NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?     ____YES____NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division):_____
   2. Case number:_____
   3. Approximate date warning was issued:_____

Executed on: _____
             DATE

DAVID LEE WASHINGTON
*David Lee Washington*
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___31___ day of ___OCTOBER___, 20 _22_ .
             (Day)              (month)         (year)

DAVID LEE WASHINGTON
*David Lee Washington*
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

# Texas Department of Criminal Justice

## STEP 1 OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**
Grievance #: 2022087481
Date Received: APR 15 2022
Date Due: 05.30.2022
Grievance Code: 002
Investigator ID #: 7.1733
Extension Date: 7/14/22
Date Retd to Offender: AUG 26 2022

Offender Name: David Washington    TDCJ # 765851
Unit: Connally    Housing Assignment: 3B-20-B
Unit where incident occurred: Connally    12A.48

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? PA. Ms. Wagner    When? April 14, 2022
What was their response? I give you some tynoil or Ibuprofen
What action was taken? none

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

To whom it may concern,
On April 14, 2022 and at the location 10 building infirmary. I went and saw P.A. Ms. Wagner about my lower back and neck injuries. And she refuse to examine me and do x-rays. And she did not offer me a knee brace. I told her that tynoil and Ibuprofen, non-aspirin, Norproxen, Nalaxcam all these generic meds do me more harm than good. I told her I got six bolts and six screws in my lower back. And my neck is hurting and my knee hurts. And she said get out my office. I'm threw with you. And I'm having numbness and sharp pains running down my legs. And she refuse to reorder my tramadol for this never damage in my back.

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

**Action Requested to resolve your Complaint.**
That they reorder my Tramadol for this nerve damage in my back, etc.

Offender Signature: David Washington                    Date: April 15, 2022

**Grievance Response:**

Offender Washington, upon further review of your medical record, it indicates that you were seen on 04/14/2022 by a provider who reviewed your medications. Per Policy A-03.1: Decisions and actions regarding the health care services provided to offenders are the sole responsibility of qualified health care personnel and are not compromised for security reasons or countermanded by non-clinicians. Medication decisions are the purview of the licensed medical provider and are not based on patient request. Access to care was appropriately provided. As a reminder of the proper grievance process, please submit an I-60 to the medical administrator for medical concerns. It takes 14 days or less to receive a response via I-60 versus 45 days to receive a grievance response.

Signature Authority: DEBRA GLOOR Senior Practice Manager  Debra Gloor, SPM    Date: 07/27/22

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

I-127 Back (Revised 11-2010)

Appendix F

# Texas Department of Criminal Justice
## STEP 2 OFFENDER GRIEVANCE FORM

CC: File

3B8B

**OFFICE USE ONLY**
Grievance #: 2022087481
UGI Recd Date: SEP 02 2022
HQ Recd Date: SEP 08 2022
Date Due: OCT 17 2022
Grievance Code: 602
Investigator ID#: 0352
Extension Date: _____

OCT 19 2022

Offender Name: David Washington   TDCJ # 765851
Unit: Connally   Housing Assignment: 12-A-48
Unit where incident occurred: Connally

You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.

**Give reason for appeal (Be Specific). I am dissatisfied with the response at Step 1 because...**

I'm dissatisfied at the response at step one grievance. Because I was already getting the Tramadol for my lower back and neck injuries. I just ask for it to be reordered and the provider refuse to reorder it for me. After I told them that the generic meds do me harm the Ibuprofen, tynoil, Narproden, Malaxdam, non-aspirn hurts my stomach. But the provider just ignore it and order me one of them anyway. So I take it because I have nothing else. And because of their lack of concern for my health and safety, I'm suffering.

I-128 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix G

_____
_____
_____
_____

Offender Signature: *David Washington*　　　　　　　　Date: *September 6, 2022*

**Grievance Response:**

In your Step 1 medical grievance, you stated you have been denied a refill of your tramadol by the provider named in your grievance. You are requesting to have your tramadol re-ordered for the nerve damage in your back.

The Step 2 appellate review supports the response at Step 1 as the health record documentation *substantiates the response.* As stated in the response, you were seen by a provider on 04/14/2022 with the provider noting no medical indication for tramadol. Your previous requests for renewal of tramadol were deferred due to your lab work showing non-compliance. You were scheduled with the Ortho-Spine clinic on 08/02/2022, but you signed a Refusal of Treatment form for that appointment. Although you and your healthcare providers may differ in opinion regarding your needs and the medical treatment rendered, these decisions are ultimately the responsibility of the facility providers.

A review of the documentation indicates you did not attempt informal resolution of your medical concerns with the medical supervisory staff. You must first attempt resolution through this process per CMHC Policy A-12.1. You are advised to refer to your Inmate Handbook for the proper procedure for filing a grievance prior to filing a Step 1. If you feel your condition has changed to warrant further evaluation, you are encouraged to submit a Sick Call Request.

**STEP II MEDICAL GRIEVANCE PROGRAM**
**OFFICE OF PROFESSIONAL STANDARDS**　　　　　　　　09/14/2022
**TDCJ HEALTH SERVICES DIVISION**

Signature Authority:_____　　Date:_____

---

**Returned because:**　　*Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

CGO Staff Signature: _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | CGO Initials: _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ___Screened ___Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender:_____ | |
| **2nd Submission** | CGO Initials: _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ___Screened ___Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender:_____ | |
| **3rd Submission** | CGO Initials: _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ___Screened ___Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender:_____ | |

I-128 Back (Revised 11-2010)　　　　　　　　　　　　　　　　　　　　　　Appendix G